James VanHouten #75058
Name
1318 KS. HWY. 264
Larned, KS. 67550
Address

FILED
NOV 17 2010
Clerk, U.S. District Court
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

James E. VanHouten, Plaintiff
(Full Name)

v.

Dr. Fernando, MHP-Taylor Defendant(s)

C.J. Perez,

CASE NO. 10-3227-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Van Houten (Plaintiff), is a citizen of Kansas (State) who presently resides at 1318 KS HIGHWAY 264, Larned, KS. 67550 (Mailing address or place of confinement).

2) Defendant Doctor Fernando (Name of first defendant) is a citizen of Larned, Kansas (City, State), and is employed as Doctor-Psychiatrist (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐ If your answer is "Yes", briefly explain: Acting as Doctor in a State facility

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

3) Defendant __Tonya Taylor__ is a citizen of
   _(Name of second defendant)_
   __Larned Kansas__, and is employed as
   _(city, state)_
   __Psychologist__. At the time the claim(s)
   _(Position and title, if any)_
   alleged in this complaint arose was this defendant acting under the color of state
   law?  Yes ☑  No ☐. If your answer is "Yes", briefly explain:
   __Acting as Psychologist under a state facility__

(Use the back of this page to furnish the above information for additional defendants.)

51343(3); 42

4) Jurisdiction is invoked pursuant to 28 U.S.C. U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__KSA-Mistreatment of a confined person in accordance with KAR-44-12-102 and KSA 75-5210.__

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

10.18.10 in Staffing Committee I verbally told C.J. Perez I needed soap, toothpaste, and a toothbrush. She said I could have it, yet waited until 10.25.10 to give it to me. Meanwhile 10.19.10 I went on crisis level and Doctor Fernando and MHP Tonya Taylor ordered for me to have no access to hygeine products. Till 10.25.10. KSA #75-5210 and KAR 44-12-102 says a inmate shall brush their teeth a minimum of once a Day.

-2-

Defendant #3 - C.J. Perez

Citizen of Larned Kansas

Position - Unit Team Counselor

She was under Color of State law because she is a correctional officer of a state facility.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: KSA Mistreatment of a Confined person.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) K.A.R. 44-12-102 says inmates shall brush their teeth a minimum of once a day. Tonya Taylor, C.J. Perez, and Doctor Fernando made me go 6 days without hygeine even though their own Kansas Administrative Regulations stated otherwise. From 10.19.10 to 10.25.10 for Fernando and Taylor, and C.J. Perez denied it from 10.18.10 to 10.25.10.

B)(1) Count II: KAR 44-12-102

(2) Supporting Facts: They violated their own rules. And administrative regulations. See* Count 1.

-3-

C) (1) Count III: 8 USCA Cruel and Unushual Punishment

(2) Supporting Facts: Spain v. Uphoff (10th Circuit) said we as inmates can't be denied hygeine and if they do it's cruel and unushual Punishment.

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☑ No ☐. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: Myself

Defendants: Bair, Rohling, Werholtz, Nassif

b) Name of court and docket number: US Dist. Ct. 5:10 cv 3105

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still Pending

d) Issues raised: 8, 14 USCA's

-4-

e) Approximate date of filing lawsuit  05.14.10

f) Approximate date of disposition  N/A

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part ☑ Yes ☐ No
If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

3 Step Grievance Procedures is processing

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

1. Jury Trial
2. Federal Charges pressed on defendents.
3. Count 1 - each defendent sepperately pay $5,600.
4. Count 2 - each defendent sepperately pay $5,600.
5. Count 3 - each defendent pay sepperately $9,000
6. Defendents pay Court Fees.
7. Defendents buy me - T.V., Radio, Headphones, Hot Pot, Fan, Nightlight, Typewriter, 8XL Sweat Shirt, 8XL Sweat Pants, 8XL Sweat Shorts, NewBalance size 11, and $100 in Hygeine

_____  _____
Signature of Attorney (if any)    Signature of Petitioner

_____
_____
(Attorney's full address and telephone number)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746.  18 U.S.C. § 1621.

Executed at _____Pawnee County_____ on __12/27/10__, 20_10_.
                              (Location)                                    (Date)

_____
                                                                                (Signature)